IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PULSE USA INC. and LIMAGRAIN BELGIUM N.V., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTANA GRAIN CO. and JOHN DOES 1-25, <br><br> Defendants. | CV 17-133-BLG-SPW-TJC <br><br> ORDER |

Pursuant to the Plaintiffs' Rule 41 Notice of Dismissal with Prejudice filed on November 16, 2017, (Doc. 4),

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as fully and finally settled on the merits, each party to bear its own costs and attorney's fees.

DATED this 29th day of November, 2017.

SUSAN P. WATTERS
U.S. District Court Judge

1